

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | |
| FAMILY DOLLAR STORES OF TEXAS, LLC, | § | No. 08-16-00111-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | | County Court at Law No. 7 |
| v. | § | |
| | | of El Paso County, Texas |
| ANA MARIA RAMIREZ, | § | |
| | | (TC# 2015-DCV-2741) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to vacate the trial court's order dated May 16, 2016, without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement, and concludes the motion should be granted. We therefore vacate the trial court's order dated May 16, 2016, without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order costs of the appeal are assessed against the party incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.